UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 12-163 (JLL) |
| MARIO RONCAL | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), and defendant Mario Roncal (by Alan D. Bowman, Esq.), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. In light of the extensive pretrial discovery to be reviewed by the parties, failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 7th day of November, 2012,

ORDERED that affirmative motions shall be filed by Dec. 19, 2012, opposition briefs shall be filed by

_Jan. 2, 2013_, the argument of the motions is scheduled for _Jan. 9, 2013 @ 1:30 PM_, and the trial is scheduled for _Jan. 16, 2013_; and

    IT IS FURTHER ORDERED that this action be, and hereby is, continued until the date of trial, _Jan. 16_, 201_3_, and the period between and including today's date through the date of trial, _Jan. 16, 2013_, 2012, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

_____
Hon. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
Scott B. McBride
Assistant U.S. Attorney

_____
Alan D. Bowman, Esq.
Counsel for defendant Mario Roncal