PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mario Roncal                                      Cr.: 12-00163-001
                                                                    PACTS #: 63748

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/26/2013

Original Offense: Conspiracy to Commit Health Care Fraud

Original Sentence: Probation – 36 months

Special Conditions: Special Assessment, Restitution - Money, Location Monitoring Program, New Debt Restrictions, Occupational Restrictions

Type of Supervision: Probation                      Date Supervision Commenced: 11/26/2013

### STATUS REPORT

U.S. Probation Officer Action:

On November 26, 2013, the offender was sentenced to 3 years probation. The following special conditions were imposed: Location monitoring – 8 months, new debt restrictions, occupational restrictions, financial disclosure, and DNA testing. He was also ordered to pay a $100 special assessment and $365,564.00 joint and several restitution.

Mr. Roncal currently resides in Woodland Park, New Jersey. He has been employed with DHL Warehouse since January of 2016. We believe that Mr. Roncal has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,257.35 towards his restitution ($31,141.79 has been paid in total by all defendants). It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that the Court take no further action and allow Mr. Roncal's term of supervision to expire as scheduled on November 25, 2016.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer Assistant
Date: 10/11/2016

Prob 12A – page 2
Mario Roncal

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time – Supervision to Expire on November 25, 2016

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/13/16
Date